B 1 (Official Form 1) (1/08)

| United States Bankruptcy Court<br>District of Delaware | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Vulcan Advanced Mobile Power Systems, L.L.C. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all):<br>37-1445491 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State):<br>150 East 52 Street, 11 Floor, New York, New York<br>ZIP CODE 10022 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):<br>North Carolina ZIP CODE 28337 | |

**Type of Debtor** (Form of Organization) (Check one box.)
- [ ] Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box.)
- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other
Power Plant Equipment

**Tax-Exempt Entity** (Check box, if applicable.)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box.)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box.)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee** (Check one box.)
- [ ] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information** | THIS SPACE IS FOR COURT USE ONLY
- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors
| [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |

Estimated Assets
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities
| [ ] | [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| Voluntary Petition *(This page must be completed and filed in every case.)* | Name of Debtor(s): Vulcan Advanced Mobile Power Systems, L.L.C. | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: | Case Number: | Date Filed: |
| District: District of Delaware | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X _____ Signature of Attorney for Debtor(s)   (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):<br>Vulcan Advanced Mobile Power Systems, L.L.C. |
|---|---|

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (if not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
(Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney*

X /s/ William D. Sullivan
Signature of Attorney for Debtor(s)
William D. Sullivan
Printed Name of Attorney for Debtor(s)
Sullivan Hazeltine Allinson, LLC
Firm Name
4 East 8th St, Suite 400
Wilmington, DE 19801
Address
(302) 428-8191
Telephone Number
February 12, 2010
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/
Signature of Authorized Individual
Fox Graham
Printed Name of Authorized Individual
President
Title of Authorized Individual
2/12/2010
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

# RESOLUTION OF BOARD OF MANAGERS OF
# VULCAN ADVANCED MOBILE POWER SYSTEMS, L.L.C.
# AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11

WHEREAS, the financial condition of Vulcan Advanced Mobile Power Systems, L.L.C. (the "Company") necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court, a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that any officer or manager of the Company be and is hereby authorized to execute on behalf of the Company the petition, schedules and any other documents required for the Chapter 11 filing; and

BE IT FURTHER RESOLVED that any manager of the Company shall be authorized to engage counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder; and

BE IT FURTHER RESOLVED that the Company shall be authorized to engage Sullivan, Hazeltine, Allinson LLC as Company Counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder

The foregoing is a true and correct copy of the resolution duly approved without objection by the Board of Managers at a duly called meeting on the January 7, 2010 and has not been rescinded or amended as of this date.

This the 7th day of January, 2010.

_____
Manager

1

# RESOLUTION OF BOARD OF MANAGERS OF
# VULCAN ADVANCED MOBILE POWER SYSTEMS, L.L.C.
# AUTHORIZING COMMENCEMENT OF PROCEEDINGS UNDER CHAPTER 11

WHEREAS, the financial condition of Vulcan Advanced Mobile Power Systems, L.L.C. (the "Company") necessitates the reorganization of the Company under the protections afforded by Chapter 11 of the United States Bankruptcy Code.

NOW, THEREFORE, BE IT RESOLVED that the Company is authorized to file, in the United States Bankruptcy Court, a Chapter 11 petition and to otherwise proceed under Chapter 11 of the United States Bankruptcy Code; and

BE IT FURTHER RESOLVED that any officer or manager of the Company be and is hereby authorized to execute on behalf of the Company the petition, schedules and any other documents required for the Chapter 11 filing; and

BE IT FURTHER RESOLVED that any manager of the Company shall be authorized to engage counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder; and

BE IT FURTHER RESOLVED that the Company shall be authorized to engage Sullivan, Hazeltine, Allinson LLC as Company Counsel to assist the Company in filing the Chapter 11 case and in all proceedings thereunder

The foregoing is a true and correct copy of the resolution duly approved without objection by the Board of Managers at a duly called meeting on the January 7, 2010 and has not been rescinded or amended as of this date.

This the 7th day of January, 2010

_____
Manager

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Vulcan Advanced Mobile Power Systems, L.L.C., | ) ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

## LIST OF EQUITY SECURITY HOLDERS AND CORPORATE OWNERSHIP STATEMENT

In accordance with Rules 1007 and 7007.1 of the Federal Rules of Bankruptcy Procedure, the Debtor, Vulcan Advanced Mobile Power Systems, L.L.C., submits the following information:

| Equity Holder (All Common Shares) | % Owned | Owner Information |
|---|---|---|
| Vulcan Power Group, L.L.C. | 92% | c/o Ford F. Graham<br>150 East 52nd Street, 11th Floor<br>New York, NY 10022 |
| Ajax Capital, L.L.C. | 8% | c/o Kevin Davis<br>150 East 52nd Street, 11th Floor<br>New York, NY 10022 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Vulcan Advanced Mobile Power | ) | |
| Systems, L.L.C., | ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

**DECLARATION REGARDING LIST OF EQUITY SECURITY HOLDERS
AND CORPORATE OWNERSHIP STATEMENT**

I, Ford F. Graham , as President of the debtor in this chapter 11 case, declare under penalty of perjury that I reviewed the list and that it is true and correct as of February 12, 2010, to the best of my knowledge, information and belief.

Date: February 12, 2010

Signature: _____

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Vulcan Advanced Mobile Power Systems, L.L.C., | ) ) ) | Case No. 10-_____ (___) |
| | ) | |
| Debtor. | ) | |

## CONSOLIDATED LIST OF CREDITORS HOLDING THE TWENTY LARGEST UNSECURED CLAIMS AGAINST THE DEBTOR

The following is the consolidated list of creditors holding the twenty (20) largest unsecured claims against above-captioned debtor and debtor in possession ("Debtor") (the "List of Creditors"). The List of Creditors reflects estimated amounts owed by the Debtor as of the Petition Date.

The List of Creditors has been prepared on a consolidated basis from the books and records of the Debtor's as of February 12, 2010. The Debtor takes no position at this time regarding whether any of the parties included in the List of Creditors are "insiders" of the Debtor, as that term is defined in the Bankruptcy Code, and the inclusion or exclusion of any party on the List of Creditors shall not constitute an admission by, nor shall it be binding on, the Debtor in any respect. The Debtor expressly reserves the right to, in their sole discretion, challenge the validity, priority and/or amount of any obligation reflected herein.

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Vulcan Capital Management<br>150 East 52nd Street, 11th Fl<br>New York, NY 10022 | Loan/Payables | | $6,035,597.79 |
| Vulcan Power Group, L.L.C.<br>150 East 52nd Street, 11th Fl<br>New York, NY 10022 | Loan | | $4,169,727.00 |
| AIG<br>70 Pine Street<br>New York, NY 10270 | Judgment | | $1,218,769.00 |
| Stewart, Michael<br>c/o John S. Black, Esquire<br>Reynolds Frizzell, et al.<br>1100 Louisiana, Suite 3500<br>Houston, TX 77002 | Settlement | | $625,000.00 |
| O'Hare, Daniel<br>c/o John S. Black, Esquire<br>Reynolds Frizzell, et al.<br>1100 Louisiana, Suite 3500<br>Houston, TX 77002 | Settlement | | $625,000.00 |
| Flannigan, Susan<br>c/o Mark A. Stadtmauer, Esquire<br>Stadtmauer & Associates<br>230 Park Avenue<br>New York, NY 10069 | Settlement | | $375,000.00 |
| PEPCO<br>435 Lake Avenue<br>P.O. Box 1359<br>Bristol, CT 06011-1359 | Trade | | $245,440.59 |
| TC Power<br>2 Old Windsor Road<br>Bloomfield, CT 06002 | Trade | | $214,626.05 |
| Bladens Bloomin Agri-Industrial, Inc.<br>P.O. Box 2203<br>Elizabethtown, NC 28337 | Trade | | $191,927.53 |
| Jerry Campbell<br>13 Pinecrest Dr,<br>Fairmount, NC 28347 | Loan | | $163,789.00 |

| Name of creditor and complete mailing address, including zip code | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim (if secured also state value of security) |
|---|---|---|---|
| Broad Cove Services<br>Cale Graham d/b/a Broad Cove Services<br>53 Bradley Hill Road<br>Hingham, MA 02043 | Trade | | $76,000.00 |
| Brown McCarroll<br>111 Congress Avenue, Suite 1400<br>Austin, TX 78701-4043 | Trade | | $71,307.40 |
| Blue Cross Blue Shield of North Carolina<br>P.O. Box 2291<br>Durham, NC 27702-2291 | Trade | | $28,869.00 |
| Rockwell Automation<br>P.O. Box 70962<br>Chicago, IL 60673 | Trade | | $20,080.99 |
| The Hartford<br>P.O. Box 30000<br>Hartford, CT 06150-5454 | Trade | | $12,742.00 |
| Turbine Logistics, LLC<br>2951 Marina Bay Drive, Suite 130 # 443<br>League City, TX 77573 | Trade | | $10,381.65 |
| HRxcel<br>2725 Water Ridge Parkway, Suite 350<br>Charlotte, NC 28217 | Trade | | $7,619.60 |
| Met Life Small Business Center<br>P.O. Box 804466<br>Kansas City, MO 64180-4466 | Trade | | $5,894.47 |
| OEM Parts Network, LLC<br>13751 Cabrillo Court<br>Fontana, CA 92336 | Trade | | $5,057.00 |
| Universal Fire Protection<br>676-2 Washburn Road<br>Melbourne, FL 32934 | Trade | | $4,791.90 |
| Hartford Financial Services<br>Department 5454<br>P.O. Box 30000<br>Hartford, CT 06150-5454 | Trade | | $3,617.60 |

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | ) | Chapter 11 |
| | ) | |
| Vulcan Advanced Mobile Power Systems, L.L.C., | ) ) | Case No. 10-_____ (____) |
| | ) | |
| Debtor. | ) | |

## DECLARATION REGARDING CREDITORS
## HOLDING THE TWENTY LARGEST UNSECURED CLAIMS

I, Ford F. Graham, am the President of the Debtor and debtor in possession in this chapter 11 case ("Debtor"), and in such capacities am familiar with the financial affairs of the Debtor. I declare under penalty of perjury that I have read and reviewed the foregoing Consolidated List of Creditors Holding the Twenty (20) Largest Unsecured Claims Against the Debtor and that the information included therein is true and correct to the best of my knowledge, information and belief.

Dated: February 12, 2010

_____
Name: Ford F. Graham
Title: President