**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:  | Chapter 7

KEVIN C. DAVIS, | Case No. 09-16161 (SMB)

Debtor.

## ORDER TRANSFERRING VENUE OF AFFILIATED
## CHAPTER 7 CASE AND JOINTLY ADMINISTERING CASES

Upon consideration of the Amended Motion of Roy Babitt, Esq., Chapter 7 Trustee, to Transfer Venue of Affiliated Chapter 7 Case and to Jointly Administer Cases (the "Amended Motion"),[1] it is hereby

**ORDERED** that the Amended Motion is granted to the extent herein; and it is further

**ORDERED** that the Chapter 7 bankruptcy case of Vulcan Advanced Mobile Power Systems, L.L.C. ("VAMPS"), Case No. 10-10442 (CSS), filed in the Bankruptcy Court for the District of Delaware, and any related adversary proceedings, be transferred to this Court; **SMB 7/27/10** ~~and it is further~~

~~**ORDERED** that VAMPS and the Debtor shall use the docket in Case No. 09-16161 (SMB), that is currently being used by the Debtor, for all administrative matters, including a listing of claims filed, as well as for the lodging, filing and docketing of pleadings and orders; and it is further~~

~~**ORDERED** that VAMPS and the Debtor shall combine notices to creditors and parties-in-interest; and it is further~~

---

[1] Capitalized terms not defined herein shall have the meaning ascribed to them in the Amended Motion.

~~ORDERED that VAMPS and the Debtor shall schedule joint hearings; and it is further~~

~~ORDERED that the docket in Case No. 09-16161 (SMB) shall bear the following caption:~~

~~UNITED STATES BANKRUPTCY COURT~~
~~SOUTHERN DISTRICT OF NEW YORK~~

| | |
|---|---|
| ~~In re:~~ | ~~Chapter 7~~ |
| ~~KEVIN C. DAVIS and VULCAN ADVANCED MOBILE POWER SYSTEMS, L.L.C.,~~ | ~~Case No. 09-16161 (SMB)~~ |
| ~~Debtors.~~ | ~~(Jointly Administered)~~ |

;and it is further

**ORDERED** that the Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

Dated: New York, New York
      July 27, 2010

                                                  /s/ **STUART M. BERNSTEIN**
                                          THE HONORABLE STUART M. BERNSTEIN